# UNITED STATES DISTRICT COURT
# FOR THE
# WESTERN DISTRICT OF TENNESSEE

_____

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | CR. No. 15-10073 |
| vs. | ) | |
| | ) | |
| MICHAEL SMITH | ) | |

_____

### APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

The United States Attorney's Office applies to the Court for a Writ to have **MICHAEL SMITH** DOB 10/30/1989, now being detained in the Madison County Jail, Jackson, TN appear before United States Magistrate Judge Edward G. Bryant on Wednesday, October 7, 2015 at 10:00 a.m. for the purpose of an initial appearance and for such other appearances as this Court may direct.

Respectfully submitted this 30th day of September, 2015.

                                           s/Beth Boswell
                                         Beth Boswell (BPR# 19260)
                                         Assistant U. S. Attorney
                                         109 S. Highland Avenue, Suite 300
                                         Jackson, TN 38301
                                         (731)422-6220
                                         beth.boswell@usdoj.gov

_____

Upon consideration of the foregoing Application, Jeffrey T. Holt, U.S. Marshal, Western District of Tennessee, Memphis, TN, Sheriff/Warden, Madison County Jail, Jackson, TN.

YOU ARE HEREBY COMMANDED to have **MICHAEL SMITH** appear before United States Magistrate Judge Edward G. Bryant at the date and time aforementioned.

ENTERED this 2nd day of October, 2015.

                                         S/ Edward G. Bryant
                                         UNITED STATES MAGISTRATE JUDGE