27687-076

# UNITED STATES DISTRICT COURT
### for the
### Western District of Tennessee

| | |
|---|---|
| United States of America )<br>v. )<br>)<br>MICHAEL SMITH )<br>Defendant ) | Case No. 15-10073-JDB |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* MICHAEL SMITH
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

FELON IN POSSESSION

Date: 09/21/2015

s/Emily Strope
*Issuing officer's signature*

City and state: Jackson, Tennessee

Thomas M. Gould, Clerk
*Printed name and title*

### Return

| | |
|---|---|
| This warrant was received on *(date)*<br>at *(city and state)* Jackson, TN<br><br>Date: 10-7-15<br><br>WHCAP | , and the person was arrested on *(date)* 10-7-15<br><br>*Arresting officer's signature*<br><br>Paul Nelson DUSM<br>*Printed name and title* |